**Order filed December 15, 2011.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-11-00870-CV**

————————

**AGNES BROWNLOW, Appellant**

**V.**

**PATRICIA MARTINEZ, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1000585**

## O R D E R

Appellant's brief was due November 21, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **January 17, 2012**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM